# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RYAN ALLEN, | : | Case No. 3:25-cv-354 |
| Petitioner, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, MADISON CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## DEFICIENCY ORDER

Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). The total filing fee due in this habeas corpus action is $5.00. However, Petitioner has neither paid the $5.00 filing fee nor sought leave to proceed without prepayment of fees. Petitioner is therefore **ORDERED** to either pay the $5.00 filing fee or file a motion for leave to proceed without prepayment of fees **within thirty (30) days** of the date of this Order.

Petitioner is advised that failure to comply with this Order will result in the dismissal of this action for want of prosecution.

**THE CLERK OF COURT IS DIRECTED** to submit to Petitioner an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

**IT IS SO ORDERED**.

October 24, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge