**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

RYAN ALLEN,

                Petitioner,     :           Case No. 3:25-cv-00354

   - vs -                           District Judge Walter H. Rice
                                       Magistrate Judge Michael R. Merz

WARDEN,
 Madison Correctional Institution,

                                 :
              Respondent.

## DECISION AND ORDER

This habeas corpus case, brought *pro se* by Petitioner Ryan Allen pursuant to 28 U.S.C. § 2254, is before the Court on Petitioner's Motion for Reconsideration (ECF No. 20).  The Motion does not, in the Magistrate Judge's judgment, raise any issues which have not been properly considered.  Petitioner's request for an oral hearing on the Motion is denied.  Having reconsidered the issue of bail in light to the Motion for Reconsideration,  Petitioner's request to be released on his own recognizance is denied.

Petitioner expresses concern that the significant legal issues raised by this case will not be decided.  To ensure that they are ruled upon, Petitioner should file his Reply as promptly as possible and certainly before the deadline of April 16, 2026.  The undersigned is tangentially involved in litigation over protection orders and will consider Petitioner's arguments carefully. The Magistrate Judge will render a recommendation on the merits as soon as reasonably possible

1

after the case is ripe.

Although the Court's Criminal Justice Act Plan allows for the appointment of counsel in habeas corpus cases, the shortage of funds appropriated by Congress for that purpose dictates that appointment be reserved for capital cases.  For that reason, Petitioner's request for appointment of counsel is denied.

March 31, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge